[No. 4856–II.   Division Two.   October 28, 1981.]

ROBERT A. HUSON, *Appellant,* v. FAMOUS MOTOR CAR
COMPANY OF VANCOUVER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 71690, Thomas L. Lodge, J., entered June 7,
1980. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Reed, C.J., and Pearson, J.

[No. 4404–II.   Division Two.   October 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
B. THROW, *Appellant.*

Appeal from a judgment of the Superior Court for
Skamania County, No. 1187, Ted Kolbaba, J., entered May
15, 1979. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Petrich, J.

[No. 4609–II.   Division Two.   October 28, 1981.]

*In the Matter of* FRANK AINSWORTH.

Appeal from a judgment of the Superior Court for Pacific
County, No. J–804, Herbert E. Wieland, J., entered Febru-
ary 15, 1980. *Affirmed* by unpublished opinion per Pearson
J., concurred in by Reed, C.J., and Petrie, J.

[No. 4105–1–III.   Division Three.   October 29, 1981.]

JANET ELAINE BOETTCHER, *as Personal Representative,*
*Appellant,* v. BANKERS LIFE OF DES MOINES,
ET AL, *Defendants,* DELORES IRENE
LABIANCO, *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–2–01328–4, W. R. Cole, J., entered
July 31, 1980. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Roe, J.